UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

DONNA LEE HAGERMAN : CASE NO. 1-09-08986-MDF

Debtor :

## APPLICATION FOR APPOINTMENT OF ATTORNEY FOR TRUSTEE

The Application of Leon P. Haller, Trustee, respectfully represents:

1. That on November 24, 2009, he was duly appointed Trustee of the estate of the above named bankrupt and is now acting as Trustee.

2. That the Trustee has undertaken his duties as Trustee and determined that the service of an attorney will be necessary and in the best interests of the estate, for processing of this matter as follows:

    (a) To prepare on behalf of your Applicant the necessary petitions, orders, reports and other papers required for the administration of the estate.

    (b) To utilize his general knowledge of the law and legal proceedings throughout the administration of the estate and to make reference to the Bankruptcy Code and report on a regular basis.

    (c) To perform all of the legal services of Applicant.

3. That your Trustee has been a practicing attorney actively engaged in bankruptcy law and that he has no connection with the Debtor, the creditors, or any other party in interest and their respective attorneys.

4. That to the best of your Applicant's knowledge, said Leon P. Haller and the law firm of Purcell, Krug & Haller, in which Leon P. Haller is a partner, do not represent any interests adverse to the estate and is a disinterested person within the meaning of Section 101(13) of the Bankruptcy Code.

Case 1:09-bk-08986-MDF    Doc 14    Filed 01/27/10    Entered 01/27/10 09:06:01    Desc
Main Document      Page 1 of 2

5. That pursuant to Section 327(d) of the Bankruptcy Code, it is proper and appropriate for the said Trustee and Trustee's law firm to serve as the attorney.

6. That said attorney be paid for legal services in processing the bankrupt estate.

7. The compensation to be paid will be those hourly rates normal and customary for the attorneys performing the work and more specifically set forth in Exhibit "A" attached hereto and made a part hereof.

WHEREFORE, the Trustee respectfully requests that Leon P. Haller and Purcell, Krug & Haller, be authorized to act as his own counsel with reasonable and just compensation for his services as attorney as the Court will deem appropriate and just.

Respectfully submitted,

By: /s/Leon P. Haller
    Leon P. Haller, Trustee
    1719 North Front Street
    Harrisburg, PA 17102-2392

Dated: January 27, 2010