EXHIBIT "A"

PURCELL, KRUG & HALLER
1719 North Front Street
Harrisburg, PA 17102-2392

(717)234-4178

| Name of Attorney | Hourly Rate |
| --- | --- |
| Leon P. Haller | $300.00 |
| Howard B. Krug | 200.00 |
| John W. Purcell, Jr. | 200.00 |
| Jill M. Wineka | 200.00 |
| Nichole Staley O`Gorman | 200.00 |
| Lisa A. Rynard | 200.00 |
| Paralegal Rate | 95.00 |