UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
:
DONNA LEE HAGERMAN : CASE NO. 1-09-08986-MDF
:
Debtor :

## TRUSTEE'S MOTION FOR AUTHORITY TO SELL AND TRANSFER REAL ESTATE AT PRIVATE SALE

1. Movant, Leon P. Haller, is the duly appointed qualified and acting Trustee in Bankruptcy in the above case with a place of business at 1719 North Front Street, Harrisburg, Dauphin County, Pennsylvania 17102.

2. The above named Debtor is the owner of a tract of real estate at 3184 North George Street, York, York County, Pennsylvania, a copy of the real estate description attached hereto and marked Exhibit "A".

3. Trustee has received an offer from Abby L. Howard in the amount of $60,000.00, a copy of the Agreement of Sale attached hereto and made a part hereof as Exhibit "B".

4. The proceeds from the sale of the real estate will be distributed as follows:

> (a) Seven (7%) percent Realtor's commission to Prudential Bob Yost Homesale Services as set forth in Trustee's Application to Approve Employment of Real Estate Broker.

(b) Past due real estate taxes and municipal bills including water and sewer pro rated to the date of settlement.

(c) One (1%) transfer tax, notarization fee and incidental recording fees and other normal and customary costs associated with the sale of real property in Pennsylvania.

(d) Sellers payment of $5,000.00 closing costs per the contract.

(e) Payment to Debtor of $10,309.00 representing Debtor`s allowable exemption in the property.

(f) Payoff of first Mortgage to IndyMac Bank or is assigns.

(g) Balance, if any, to Trustee to deposit in the Estate Account pending further Order.

5. Debtor requests the Court to issue a date by which responses, if any, objecting to the sale of the property may be filed and to grant the request of relief, to wit, sell the property to the above named purchaser.

6. The Trustee, after conferring with the realtor, believes that the offer is fair and reasonable and represents the market value of the real estate.

WHEREFORE, Debtor prays your Honorable Court to enter an Order allowing Debtor to sell and transfer the aforementioned property and to execute any and all papers and documents necessary to effectuate said sale.

/s/Leon P. Haller
Leon P. Haller, Trustee
1719 North Front Street
Harrisburg, PA  17102-2392
(717)234-4178

Dated:  February 12, 2010